UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWAYNE HUNT and
SARAH HUNT,

       Plaintiffs,

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,
and COMCAST COMPREHENSIVE
HEALTH AND WELFARE BENEFITS
PLAN,

       Defendants;

and

COMCAST COMPREHENSIVE HEALTH
AND WELFARE BENEFITS PLAN,

       Cross-Plaintiff,

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

       Cross-Defendant.

Case No. 14-cv-10065

Honorable Gershwin A. Drain

Magistrate Judge Elizabeth A. Stafford

_____/

**ORDER DISMISSING WITH PREJUDICE ALL CLAIMS
EXCEPT COUNT I OF
PLAINTIFFS DAWAYNE AND SARAH HUNT'S COMPLAINT**

The parties having advised the Court that they have resolved their differences as to certain matters and stipulate to the entry of this order, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT Counts II and III of Plaintiffs' First Amended Complaint, and the Cross-Claim filed by Defendant Comcast Comprehensive Health and Welfare Benefit Plan against Defendant Allstate Property and Casualty Insurance Company, are DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.  Count I of Plaintiffs' Complaint will be addressed in a separate order.

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Judge

Dated:  September 25, 2015

Stipulated and agreed to:

| | |
|---|---|
| OLSMAN, MUELLER, WALLACE & MACKENZIE | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
| By: *s/Randy J. Wallace (w/permission)*<br>Randy J. Wallace (P57556)<br>Attorneys for Plaintiffs<br>2684 W. Eleven Mile Road<br>Berkley, MI 48072<br>(248) 591-2300<br>rwallace@olsmanlaw.com<br><br>Dated: September 25, 2015 | By: *s/Noel D. Massie*<br>    Eric J. Pelton (P40635)<br>    Noel D. Massie (P28988)<br>Attorneys for Defendant Comcast Comprehensive Health And Welfare Benefits Plan<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI 48009<br>(248)645-0000<br>epelton@kohp.com<br>nmassie@kohp.com<br><br>Dated: September 25, 2015 |

GARAN LUCOW MILLER, P.C.

By:  *s/Nathan A. Dodson (w/permission)*
    Robert L. Goldenbogen (P46166)
    Nathan A. Dodson (P68560)
Attorneys for Allstate Property and
 Casualty Insurance Company
1000 Woodbridge Street
Detroit, MI 48207-3192
(313) 446-1530
rgoldenbogen@garanlucow.com
ndodson@garanlucow.com

 Dated:  September 25, 2015

235402